Davil R. Vasquez, SB#140418
Thomas E. St. Germain, SB# 321168
**ADELSON McLEAN, APC**
4100 Newport Place Drive, Suite 200
Newport Beach, CA 92660
Telephone:     (949) 656-4601
Facsimile:      (949) 656-4223

JS-6

Attorneys for Plaintiff G2 Secure Staff LLC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G2 SECURE STAFF, LLC,<br><br>        Plaintiff,<br><br>     vs.<br><br>ABM INDUSTRIES INC; CHIDUWEAYI EGBUHO; and DOES 1 through 100,<br><br>        Defendants. | Case No: **2:21-cv-01009-JFW (SKx)**<br><br>Judge John F. Walter<br>Dept. 7A<br><br>**ORDER ON STIPULATION TO DISMISS (F.R.C.P. §41(a)(1)(A)(ii))**<br><br>Complaint filed: 08/24/2020<br><br>Removal to US District Court: 02/02/2021<br>LA Superior Court Case #20STCV32158 |

Upon the stipulation of the parties to this action, Plaintiff G2 Secure Staff, LLC, and the Defendants, ABM Industries Inc. and Chiduweayi Egbuho, by and through their respective attorneys of record, to dismissal of the action pursuant to F.R.C.P. §41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

1. The complaint in its entirety, including all causes of action, are hereby dismissed with prejudice;
2. Each party shall bear its/his respective legal fees, expenses and other costs of suit.

DATED: March 16, 2021

_____
THE HONORABLE JOHN F. WALTER
Judge of the U.S. District Court for the Central District of California

-1-

ORDER ON STIPULATION TO DISMISS